**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 18, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOHN WILLIAM MAYSE, JR.,

    Defendant - Appellant.

No. 23-1390
(D.C. No. 1:23-CR-00289-RMR-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the parties' Joint Motion for Remand (the "Motion"). Upon consideration, the Motion is granted, as provided below.

The abatement of proceedings in this appeal is lifted. This matter is remanded to the district court with instructions to vacate Appellant John William Mayse, Jr.'s sentence and conduct any and all proceedings necessary to resentence Appellant

---

[*] After examining the parties' motion and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. _See_ Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Federal Rule of Appellate Procedure 32.1 and Tenth Circuit Rule 32.1.

consistent with the grounds presented in the Motion, which is incorporated into this Order and Judgment by reference.

This appeal is dismissed. The mandate shall issue forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk